IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and on**                                           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                         No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**                                        **DEFENDANT**

## <u>JOINT STATUS REPORT</u>

Plaintiff Joseph Weinman, individually and on behalf of all others similarly situated, and Defendant Spectrum Paint Company, Inc., by and through their respective undersigned counsel, submits the following Joint Status Report in compliance with the Court's Scheduling Order, ECF No. 16.

1.    On 9 May 2023, the Court granted the Plaintiff's Motion for Conditional Certification and Notice to Class Members, with modification. *Doc. 11*. Per the Order, the notice period opened 31 May 2023 and the opt-in period closes 31 August 2023.

2.    Discovery ends on the named-plaintiff's claims and the collective-action issues on 7 September 2023.

3.    The Parties have not engaged in settlement discussions at this time. The Parties will reassess the possibility of settlement after the close of the current opt-in period.

4.    In light of the current notice and opt-in period deadlines, the Parties anticipate seeking an Amended Scheduling Order that provides sufficient time to conduct any necessary discovery following the close of the opt-in period, and will do so in a timely

manner.

Respectfully submitted,

**JOSEPH WEINMAN, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT SPECTRUM PAINT COMPANY, INC.**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

Mark K. Cameron
Ark. Bar No. 2021193
mcameron@fridayfirm.com