IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a salaried Assistant Manager for Spectrum Pain Company, Inc., at its Little Rock or Conway locations within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid overtime wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Keven Simnitt*
SIGNATURE

Keven Simnitt
PRINTED NAME

Date: 08.09.2023



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE 31 AUGUST 2023**