IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**            **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF DEADLINES AND STATUS REPORT

Plaintiff Joseph Weinman, individually and on behalf of all others similarly situated, and Defendant Spectrum Paint Company, Inc., by and through their respective undersigned counsel, submit the following Joint Motion for Extension of Deadlines and Status Report in compliance with the Court's Final Scheduling Order, ECF No. 16.

1. The parties have engaged in formal and informal discovery and continue to do so as of the filing of this Motion.

2. However, the opt-in period just closed on 30 August 2023, and the parties require additional time to complete discovery and determine whether any settlement discussions or further motion practice are necessary.

3. Accordingly, the Parties request that this Court extend the current discovery and motion deadlines by forty-five (45) days, respectively.

4. This would result in a new discovery deadline of 23 October, and a new motion deadline of 21 November.

5. These new deadlines would leave ample time prior to the 7 October 2024 trial date for adjudication of any motions filed, while still allowing the parties to complete

discovery and fully explore the possibility of settlement.

6. The Parties have not engaged in or scheduled a mediation and have not yet engaged in meaningful discussions regarding settlement, but plan to do so following the continued exchange of documents.

7. The Parties do not currently request a magistrate settlement conference but may do so if efforts at direct negotiation are not successful.

8. The parties anticipate that a jury trial will take approximately 2 days.

WHEREFORE the Parties pray that this Court extend the current discovery and motions deadlines to 23 October and 21 November, respectively, and for all other relief sought herein.

Respectfully submitted,

**JOSEPH WEINMAN, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT SPECTRUM PAINT COMPANY, INC.**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

Mark K. Cameron
Ark. Bar No. 2021193
mcameron@fridayfirm.com