IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.        No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**        **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiffs. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiffs' other attorneys.

       Respectfully submitted,

       **ATTORNEY SEAN SHORT**

       SANFORD LAW FIRM, PLLC
       Kirkpatrick Plaza
       10800 Financial Centre Pkwy, Suite 510
       Little Rock, Arkansas 72211
       Telephone: (800) 615-4946
       Facsimile: (888) 787-2040

       Sean Short
       Ark. Bar No. 2015079
       sean@sanfordlawfirm.com