IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and on**          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.          No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**          **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Joseph Weinman, individually and on behalf of all others similarly situated, and Defendant Spectrum Paint Company, Inc., by and through their respective undersigned counsel, submits the following Joint Status Report in compliance with the Court's Order, ECF No. 25.

1. Counsel for the parties are engaged in meaningful settlement negotiations and are optimistic that direct negotiations will continue to be fruitful.

2. No Settlement Conference has been requested, scheduled, or conducted. The parties do not believe a settlement conference with a United States Magistrate Judge is necessary.

        Respectfully submitted,

        **JOSEPH WEINMAN, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **DEFENDANT SPECTRUM PAINT COMPANY, INC.**

        FRIDAY, ELDREDGE & CLARK, LLP
        2000 Regions Center
        400 West Capitol Avenue
        Little Rock, AR 72201
        Telephone: (501) 370-1526
        Facsimile: (501) 244-5348

        */s/ Michael S. Moore*
        Michael S. Moore
        Ark. Bar No. 82112
        mmoore@fridayfirm.com

        Mark K. Cameron
        Ark. Bar No. 2021193
        mcameron@fridayfirm.com