# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH WEINMAN, Individually and
on Behalf of All Others Similarly Situated**                               **PLAINTIFF**

v.                              No. 4:22-cv-857-DPM

**SPECTRUM PAINT COMPANY, INC.**                              **DEFENDANT**

## ORDER

Joint motion, *Doc. 30*, granted.  The proposed settlement is fair, reasonable, and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).  It reflects a good-faith compromise of the parties' wage-related dispute.  And the parties negotiated the attorney's fees and costs separately.  *Barbee*, 927 F.3d at 1027.  The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2024