IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH WEINMAN, Individually and
on Behalf of All Others Similarly Situated                          PLAINTIFF

v.                          No. 4:22-cv-857-DPM

SPECTRUM PAINT COMPANY, INC.                                       DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 8 March 2024 to enforce the parties' settlement.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 January 2024